UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |
|---|---|
| IN RE: ) | |
| ) | |
| 220 FERRY STREET LLC ) | Chapter 11 |
| ) | Case No. 07-14303-RS |
| Debtor ) | |
| ) | |

## STIPULATION BETWEEN DEBTOR AND SECURED CREDITORS REGARDING SECURED CLAIMS

NOW comes the Debtor, 220 Ferry Street, LLC ("Debtor"), and secured creditors Hingham Institute for Savings ("Hingham"), Deborah Cestaro ("Cestaro") and Investors Realty Trust ("IRT") (together the "Parties") and hereby stipulate the following claims:

1. Hingham Institute for Savings
   a. Principal –                $700,000.00
   b. Interest –                 $45,826.02
   c. Charges –
      i. Late Fees              $2,010.81
      ii. Legal Fees            $8,145.57
   **d. TOTAL -                 $755,982.40**

2. Deborah Cestaro
   a. Principal -               $265,000.00
   b. Interest –                $50,776.64
   c. Charges –
      i. Pre-Petition Legal     $7,718.00
      ii. Post-Petition Legal   $18,000.00 (approx)
      iii. Pre-Petition Late Charges $13,515.00
   **d. TOTAL -                 $355,009.64**

3. Investors Realty Trust
   a. Principal -               $1,000,000.00
   b. Interest (to 9/24/07) -   $ 178,140.17

    c. Charges –

        i. Accrued Penalties    $5,066.79

        ii. Pre-Petition Foreclosure    $13,912.07

        iii. Post-Petition Appraisal    $6,800.00

           (Auctioneer/Broker)

        iv. Billed Post-Petition Legal Fees $ 5,052.00

        v. Post-Petition Legal Fees    $21,060.00 (estimated)

    d. **TOTAL -**    **$1,230,031.03**

The Parties submit this Stipulation to the Court without waiving the rights of any Party to object to the amount, extent or validity of claims or adjust claims further and without waiving any rights to re-characterize the claims under any provision of the United States Bankruptcy Code or relative case law.

| The Debtor | Hingham Institute For Savings |
| --- | --- |
| By its Attorney | By its Attorney |

| /s/ John M. McAuliffe | /s/ Kevin Gaughen |
| --- | --- |
| John M. McAuliffe, Esq. | Kevin Gaughen, Esq. |
| McAuliffe & Associates, P.C. | Gaughen, Gaughen, Lane & Hernando |
| 430 Lexington Street | 528 Broad Street |
| Newton, MA 02466 | E. Weymouth, MA 02189 |
| (617) 558-6889 | (781) 335-0374 |
| BBO # 555109 | BBO # |

Dated:  September 25, 2007    Dated:  September 25, 2007

| Deborah Cestaro | Investors Realty Trust |
| --- | --- |
| By her Attorney | By its Attorney |

| /s/ Christine Devine | /s/ Reneau Longoria |
| --- | --- |
| Christine Devine, Esq. | Reneau Longoria, Esq. |
| Mirick, O'Connell, DeMallie & Lougee | Doonan, Graves & Longoria |
| 100 Front Street | 100 Cummings Center, Suite 213C |
| Worcester, MA 01608 | Beverly, MA 01915 |
| (508) 791-8500 | (978) 921-2670 |
| BBO # 566990 | BBO # 635118 |

Dated:  September 25, 2007    Dated:  September 25, 2007