# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| |
|---|
| In re |
| |
| **220 FERRY STREET LLC,** |
| |
| Debtor |

Chapter 11
Case No. 07-14303-RS

### ORDER

For the reasons, and to the extent, set forth in the memorandum of decision issued this date, the Debtor's borrowing motion as supplemented is hereby granted and Investment Realty Funding Inc.'s adequate protection motion is hereby granted in part.

Dated:   September 26, 2007

_____
Robert Somma
United States Bankruptcy Judge

cc:   John M. McAuliffe, Counsel to Debtor
      Reneau Longoria, Counsel to Merope Deluca, Trustee of Investors Realty Trust
      Christine Devine, Counsel to Deborah F. Cestaro