UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re ) | |
| ) | Chapter 11 |
| 220 FERRY STREET, LLC, ) | Case No. 07-14303-RS |
| ) | |
| Debtor. ) | |
| ) | |

## NOTICE OF APPEAL

Investment Realty Funding, Inc., successor in interest to Merope Deluca, Trustee of Investors Realty Trust and secured creditor of 222 Ferry Street, LLC, hereby gives notice of its appeal, pursuant to 28 U.S.C. § 158(a) and Fed. R. Bankr. P. 8001, from the order of the United States Bankruptcy Court for the District of Massachusetts, Eastern Division (Somma, U.S.B.J.) [Docket No. 78], granting the *Debtor's Motion for an Order Authorizing Postpetition Financing on a First Priority Secured Basis* [Docket No. 20], as supplemented [Docket Nos. 65 and 74], which order was entered on September 26, 2007 in the above-captioned case.

The names of all parties to the order appealed from, and the names, addresses, and telephone numbers of their respective attorneys, are as follows:

      Appellant:      Investment Realty Funding, Inc., successor in interest by merger to Merope Deluca, Trustee of Investors Realty Trust

      Represented by:      Bruce F. Smith, Esq.
      Steven C. Reingold, Esq.
      Michael J. Fencer, Esq.
      Jager Smith P.C.
      One Financial Center
      Boston, Massachusetts 02111
      telephone: (617) 951-0500

188938_1.DOC

| | |
|---|---|
| Respondent: | 220 Ferry Street, LLC |
| Represented by: | John M. McAuliffe, Esq.<br>McAuliffe & Associates, P.C.<br>430 Lexington Street<br>Newton, Massachusetts 02466<br>telephone: (617) 558-6889 |
| Respondent: | Deborah F. Cestaro |
| Represented by: | Joseph H. Baldiga, Esq.<br>Christine E. Devine, Esq.<br>James A. Wingfield, Esq.<br>Mirick, O'Connell, DeMallie & Lougee, LLP<br>100 Front Street<br>Worcester, Massachusetts 01608<br>telephone: (508) 791-8500 |
| Respondent: | Hingham Institution for Savings |
| Represented by: | Kevin W. Gaughen, Esq.<br>Gaughen, Gaughen, Lane & Hernando<br>528 Broad Street<br>East Weymouth, Massachusetts 02189<br>telephone: (781) 335-0374 |
| Respondent: | The Raymond C. Green Trust |
| Represented by: | D. Ethan Jeffery, Esq.<br>Hanify & King, P.C.<br>One Beacon Street<br>Boston, Massachusetts 02108<br>telephone: (617) 423-0400 |
| Respondent: | Builders First Financial, LLC |
| Represented by: | D. Ethan Jeffery, Esq.<br>Hanify & King, P.C.<br>One Beacon Street<br>Boston, Massachusetts 02108<br>telephone: (617) 423-0400 |

        INVESTMENT REALTY FUNDING, INC.,

        By its attorneys,

        /s/ Michael J. Fencer
        _____
        Bruce F. Smith (BBO No. 467900)
        Steven C. Reingold (BBO No. 638649)
        Michael J. Fencer (BBO No. 648288)
        JAGER SMITH P.C.
        One Financial Center
        Boston, Massachusetts 02111
        telephone:  (617) 951-0500
        facsimile:  (617) 951-2414
        email:  mfencer@jagersmith.com

Dated:  October 2, 2007