# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** 220 Ferry Street LLC               **Case Number:** 07-14303          **Ch:** 11

**MATTER:**
Doc# 92 Emergency Motion filed by Creditor Merope Deluca, Trustee of Investors Realty Trust under Declaration of Trust dated January 3, 2001 and recorded in the Plymouth Court Registry of Deeds in Book 17879, Page 161 For (I) Immediate, Temporary Order St

**MOVANT/APPLICANT/PARTIES:**

**OUTCOME:**
\_\_\_\_\_Granted\_\_\_\_\_Denied\_\_\_\_\_Approved\_\_\_\_ Sustained
\_\_\_\_\_Denied\_\_\_\_\_Denied without prejudice\_\_\_\_\_Withdrawn in open court\_\_\_\_\_Overruled
\_\_\_\_\_OSC enforced/released
\_\_\_\_\_Continued to:_____For:_____
\_\_\_\_\_Formal order/stipulation to be submitted by:_____Date due:_____
\_\_\_\_\_Findings and conclusions dictated at close of hearing incorporated by reference
\_\_\_\_\_Taken under advisement: Brief(s) due_____From_____
                               Response(s) due_____From_____
\_\_\_\_\_Fees allowed in the amount of: $_____Expenses of: $_____
\_\_\_\_\_No appearance/response by:_____
\_\_✓\_\_DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

The motion is hereby denied in all respects.  The movant has not shown a reasonable likelihood of success on appeal.

IT IS SO NOTED:                                    IT IS SO ORDERED:

                                                   *Robert Somma*

_____                           _____ Dated: 10/3/2007
Courtroom Deputy                                   Robert  Somma, U.S. Bankruptcy Judge