# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** 220 Ferry Street LLC     **Case Number:** 07-14303     **Ch:** 11

**MATTER:**

Doc# 110 Expedited Motion filed by Debtor 220 Ferry Street LLC to Supplement Order Granting Debtor's Motion for an Order Authorizing Post-Petition Financing on a First Priority Secured Basis dated September 26, 2007

**MOVANT/APPLICANT/PARTIES:**

**OUTCOME:**

\_\_\_\_\_Granted\_\_\_\_\_Denied\_\_\_\_\_Approved\_\_\_\_Sustained
\_\_\_\_\_Denied\_\_\_\_\_Denied without prejudice\_\_\_\_\_Withdrawn in open court\_\_\_\_\_Overruled
\_\_\_\_\_OSC enforced/released
\_\_\_\_\_Continued to:_____For:_____
\_\_\_\_\_Formal order/stipulation to be submitted by:_____Date due:_____
\_\_\_\_\_Findings and conclusions dictated at close of hearing incorporated by reference
\_\_\_\_\_Taken under advisement: Brief(s) due_____From_____
                               Response(s) due_____From_____
\_\_\_\_\_Fees allowed in the amount of: $_____Expenses of: $_____
\_\_\_\_\_No appearance/response by:_____
\_\_✓\_\_DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

No objection filed. Granted: by way of amendment to the Court's order on the financing motion, the Court hereby finds that the DIP loan is being extended in good faith.

IT IS SO NOTED:                              IT IS SO ORDERED:

                                             *Robert Somma*                       Dated: 10/24/2007
_____
Courtroom Deputy                             Robert  Somma, U.S. Bankruptcy Judge