UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re | ) | |
| | ) | Chapter 11 |
| 220 FERRY STREET, LLC, | ) | Case No. 07-14303-RS |
| | ) | |
| Debtor. | ) | |
| | ) | |

**LIMITED OBJECTION OF INVESTMENT REALTY FUNDING, INC. TO
FIRST APPLICATION OF SPECIAL COUNSEL TO DEBTOR FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES**

To the Honorable Robert Somma, United States Bankruptcy Judge:

Investment Realty Funding, Inc. (the "Holder"), secured creditor of 220 Ferry Street, LLC (the "Debtor"), hereby objects, on a limited basis, to the *First Application of Special Counsel to Debtor for Allowance of Compensation and Reimbursement of Expenses* (the "First Interim Application") filed by Baker, Braverman & Barbadoro, P.C. (the "Applicant").

While it appears from the First Interim Application, *inter alia*, that the Applicant seeks the approval and payment of certain fees and expenses incurred prior to the filing of the Debtor's voluntary petition on July 11, 2007, the Holder nonetheless does not object at this time to any interim *allowance* of the fees and expenses requested in the First Interim Application. However, since the Holder is informed, and therefore believes the Debtor's sole source of funding at this time is the postpetition borrowing approved by this Court on September 26, 2007 (the "DIP Loan"), which was authorized solely to construct a road on property in which the Holder holds a mortgage, the Holder objects to the payment of any allowed fees or expenses from the DIP Loan.

Since (a) the Court approved the DIP Loan for the sole purpose of improving the Holder's collateral by further development, (b) the DIP Loan does not provide for the payment of administrative expenses such as those sought in the First Interim Application, and (c) the Holder

does not consent to a further subordination or its mortgage to, or to the use of its cash collateral

for the payment of such administrative expenses, the Court should not now authorize the Debtor

to pay the fees and expenses sought in the First Interim Application.[2]

WHEREFORE, the Holder respectfully requests that this Court enter an order denying

the First Interim Application to the extent that it seeks authority for the Debtor to pay any such

allowed fees or expenses, and granting to the Holder such other and further relief as the Court

deems proper and just.

<div style="margin-left: 50%;">

INVESTMENT REALTY FUNDING, INC.

By its attorneys,

/s/ Michael J. Fencer

_____
Bruce F. Smith (BBO No. 467900)
Steven C. Reingold (BBO No. 638649)
Michael J. Fencer (BBO No. 648288)
JAGER SMITH P.C.
One Financial Center
Boston, Massachusetts 02111
telephone:  (617) 951-0500
facsimile:  (617) 951-2414
email:  mfencer@jagersmith.com

</div>

Dated: November 19, 2007

---

[2] The Holder also notes that the Debtor's proposed plan includes a set-aside, or pot from which its unsecured creditors are to receive a dividend in the Debtor's case.  To the extent the Debtor does, or proposes to begin to create such a set-aside, or pot to pay such dividends, or to pay any costs of administration of the Debtor's case without first having made full payment to the Holder of all amounts due to it (including all prepetition and postpetition interest, fees, charges, expenses, and costs of collection), the Holder objects to, and does not consent to the use of the proceeds of its collateral for any purpose other than for the payment of its secured claim.

## CERTIFICATE OF SERVICE

I, Michael J. Fencer, hereby certify that on the 20th day of November 2007, I caused the

within *Limited Objection of Investment Realty Funding, Inc. to First Application of Special*

*Counsel to Debtor for Allowance of Compensation and Reimbursement of Expenses* to be served

upon the persons listed below, who do not otherwise receive electronic notice of filing, via first

class mail, postage prepaid, or, where indicated, by electronic mail.

/s/ Michael J. Fencer

_____
Michael J. Fencer

220 Ferry Street, LLC
220 Ferry Street
Marshfield, Massachusetts 02050
  *Debtor*

John M. McAuliffe, Esq.                                (via Electronic Case Filing)
McAuliffe & Associates, P.C.
430 Lexington Street
Newton, Massachusetts 02466
email:  mcAuliffeassociates@hotmail.com
    *Counsel to Debtor*

Gene J. Guimond, Esq.
Baker, Braverman & Barbodoro, P.C.
50 Braintree Hill Office Park
Braintree, Massachusetts 02184
  *Special Counsel to the Debtor*

Eric K. Bradford, Esq.                                (via Electronic Case Filing)
Office of the United States Trustee
Thomas P. O'Neill Federal Building
10 Causeway Street
Boston, Massachusetts 02222
  *Counsel to the United States Trustee*

D. Ethan Jeffery, Esq.
Hanify & King, P.C.
One Beacon Street
Boston, Massachusetts 02108
email: Dej@hanify.com
   *Counsel to The Raymond C. Green Trust*
   *and Builders First Financial, LLC*

Christine E. Devine, Esq.                              (via Electronic Case Filing)
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, Massachusetts 01608
email: cedevine@modl.com
   *Counsel to Deborah F. Cestaro*

Kevin W. Gaughen, Esq.
Gaughen, Gaughen, Lane & Hernando
528 Broad Street
East Weymouth, Massachusetts 02189
email: kgaughen@gaughenlane.com
   *Counsel to Hingham Institution for Savings*