# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** 220 Ferry Street LLC          **Case Number:** 07-14303          **Ch:** 11

**MOVANT/APPLICANT/PARTIES:**
Status Conference

**OUTCOME:**

\_\_\_\_\_Granted\_\_\_\_\_Denied\_\_\_\_\_Approved\_\_\_\_ Sustained
\_\_\_\_\_Denied\_\_\_\_\_Denied without prejudice\_\_\_\_\_Withdrawn in open court\_\_\_\_\_Overruled
\_\_\_\_\_OSC enforced/released
\_\_\_\_\_Continued to:_____For:_____
\_\_\_\_\_Formal order/stipulation to be submitted by:_____Date due:_____
\_\_\_\_\_Findings and conclusions dictated at close of hearing incorporated by reference
\_\_\_\_\_Taken under advisement: Brief(s) due_____From_____
                              Response(s) due_____From_____
\_\_\_\_\_Fees allowed in the amount of: $_____Expenses of: $_____
\_\_\_\_\_No appearance/response by:_____
__✓__DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Status conference held. Continued to November 4, 2008, at 9:00 a.m.

IT IS SO NOTED:                              IT IS SO ORDERED:

                                             *Henry Jack Boroff*

_____                   _____ Dated: 10/7/2008
Courtroom Deputy                             Henry  Boroff, U.S. Bankruptcy Judge