# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

In Re: 220 Ferry Street LLC          Case Number: 07-14303          Ch: 11

**MOVANT/APPLICANT/PARTIES:**
#236 Motion of The Raymond C. Green Trust, Builders First Financial, LLC for (A) Authority To Exercise Their Rights Under Loan Documents, (B) Relief from The Automatic Stay And (C) For Related Relief Re: Loan Agreement. (E. Jeffery)

**OUTCOME:**
\_\_\_\_\_Granted\_\_\_\_\_Denied\_\_\_\_\_Approved\_\_\_\_\_Sustained
\_\_\_\_\_Denied\_\_\_\_\_Denied without prejudice\_\_\_\_\_Withdrawn in open court\_\_\_\_\_Overruled
\_\_\_\_\_OSC enforced/released
\_\_\_\_\_Continued to:_____ For:_____
\_\_\_\_\_Formal order/stipulation to be submitted by:_____ Date due:_____
\_\_\_\_\_Findings and conclusions dictated at close of hearing incorporated by reference
\_\_\_\_\_Taken under advisement: Brief(s) due_____ From_____
           Response(s) due_____ From_____
\_\_\_\_\_Fees allowed in the amount of: $_____ Expenses of: $_____
\_\_\_\_\_No appearance/response by:_____
✓ DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held. Granted.

IT IS SO NOTED:                              IT IS SO ORDERED:

                                             */s/ Henry Jack Boroff*
_____                      _____ Dated: 11/4/2008
Courtroom Deputy                             Henry Boroff, U.S. Bankruptcy Judge