# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** 220 Ferry Street LLC            **Case Number:** 07-14303            **Ch:** 7

**MOVANT/APPLICANT/PARTIES:**

Doc# 262 Motion filed by Creditor VW Credit, Inc. for Relief from Stay Re: 2004 Volkswagen Jetta Sedan 4D GLI VR6

**OUTCOME:**

\_\_\_\_\_Granted\_\_\_\_\_Denied\_\_\_\_\_Approved\_\_\_\_ Sustained
\_\_\_\_\_Denied\_\_\_\_\_Denied without prejudice\_\_\_\_\_Withdrawn in open court\_\_\_\_\_Overruled
\_\_\_\_\_OSC enforced/released
\_\_\_\_\_Continued to:_____For:_____
\_\_\_\_\_Formal order/stipulation to be submitted by:_____Date due:_____
\_\_\_\_\_Findings and conclusions dictated at close of hearing incorporated by reference
\_\_\_\_\_Taken under advisement: Brief(s) due_____From_____
                               Response(s) due_____From_____
\_\_\_\_\_Fees allowed in the amount of: $_____Expenses of: $_____
\_\_\_\_\_No appearance/response by:_____
\_\_✓\_\_DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

No objection filed. Movant is hereby granted relief from the automatic stay to exercise its rights as to the vehicle. Relief from the 10-day stay of this order in Rule 4001(a)(3) is denied.

IT IS SO NOTED:                                IT IS SO ORDERED:

                                               *Henry Jack Boroff*

_____                  _____Dated: 12/8/2008
Courtroom Deputy                               Henry  Boroff, U.S. Bankruptcy Judge