**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:   220 Ferry Street LLC | Chapter: 7 |
| Debtor, | Case No: 07–14303 |
| | Judge Frank J. Bailey |

### ORDER DISCHARGING TRUSTEE
### AND CLOSING CASE

It is hererby **ORDERED** that Warren E. Agin, the Trustee is discharged from any further duties herein and that this case is hereby closed pursuant to 11 U.S.C. § 350(a).

Date:10/5/09

By the Court,

<u>Frank J. Bailey</u>
U.S. Bankruptcy Judge